1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMIE LAWSON LYNEX, | ) | NO. CV 14-9683-DOC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| K. HOLLAND (Warden), | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _January 4, 2015_____.

_/s/ David O. Carter_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE